Richard Dreitzer, Esq.
Nevada Bar No. 6626
**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
300 South Fourth Street, Eleventh Floor
Las Vegas, Nevada 89101
Telephone: (702) 727-1400
Facsimile: (702) 727-1401
Richard.Dreitzer@wilsonelser.com
*Attorneys for Defendant, THE TUNGLAND CORPORATION*

☑ FILED         ___ RECEIVED
☑ ENTERED       ___ SERVED ON
                COUNSEL/PARTIES OF RECORD

JAN -9 2019

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| KIMBERLY GLASS,<br><br>                Plaintiff,<br><br>v.<br><br>THE TUNGLAND CORP. AND DOES I-X,<br><br>                Defendants. | CASE NO: 3:18-cv-00419-LRH-CBC<br><br>*ORDER*<br><br>**MOTION TO APPEAR TELEPHONICALLY AT UPCOMING CASE MANAGEMENT CONFERENCE** |

Pursuant to LR 16-2 and this Court's Order Setting Case Management Conference (ECF No. 12), Defendant, THE TUNGLAND CORPORATION ("TUNGLAND"), by and through their counsel of record, WILSON ELSER LLP, respectfully requests that Magistrate Judge Carla Baldwin Carry, the Magistrate Judge convening a Case Management Conference ("CMC") in this matter on January 11, 2019 at 9:00 a.m., excuse the presence of lead counsel for Defendant, TUNGLAND (Richard I. Dreitzer, Esq., who is based in Las Vegas, Nevada) and permit his telephonic appearance at the upcoming CMC.

///
///
///
///
///
///
///
///

1410084v.1

This Court's Order Setting Case Management Conference, dated December 17, 2018 (ECF No. 12) included language stating that "…Out-of-town counsel shall be permitted to file a motion to appear telephonically after the Joint Case Management Report has been filed and prior to the case management conference…" (ECF No. 12, pg. 1). Pursuant to this Court's Order, the parties filed their Joint Case Management Report on January 2, 2019 (ECF No. 15). Thus, because this requirement has been satisfied and the CMC itself is scheduled to take place as ordered, TUNGLAND believes the timing is appropriate for the instant request and hopes that it receives favorable consideration from this Court.

Respectfully submitted this 8th day of January 2019.

WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER, LLP

By: /s/ Richard Dreitzer
Richard Dreitzer, Esq.
Nevada Bar No. 6626
300 South Fourth Street, Eleventh Floor
Las Vegas, Nevada 89101
*Attorneys for Defendant,*
*THE TUNGLAND CORPORATION*

**ORDER**

**IT IS SO ORDERED.**

Hon. Carla Baldwin Carry
United States Magistrate Judge

DATE: 1/9/2019

1410084v.1