**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| KIMBERLY GLASS, | CASE NO: 3:18-cv-00419-LRH-CBC |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| THE TUNGLAND CORPORATION and DOES I-X, | |
| Defendants. | |

COME NOW, Plaintiff KIMBERLY GLASS ("Plaintiff"), by and through her undersigned counsel of record, and Defendant THE TUNGLAND CORPORATION ("Defendant") and hereby stipulate and agree as follows:

Plaintiff has agreed to compromise, settle and resolve all claims against Defendant as set forth in the Complaint on file under the terms of the confidential settlement agreement.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

IT IS HEREBY STIPULATED AND AGREED THAT the above-entitled action be dismissed with prejudice with each party to bear their own attorneys' fees and costs of litigation;

DATED: March 6, 2019.

LAW OFFICES OF MARK MAUSERT

By: */s/ Mark Mausert*
    MARK MAUSERT, ESQ.
    729 Evans Avenue
    Reno, Nevada 89512
    Telephone: (775) 786-5477
    Facsimile: (775) 789-9658
    *Attorney forPlaintiff*
    *KIMBERLY GLASS*

DATED: March 6, 2019.

WILSON ELSER MOSKOWITZ
EDELMAN & DICKER LLP

By: */s/ Richard I. Dreitzer*
    RICHARD I. DREITZER, ESQ.
    Nevada Bar No. 6626
    JAMES T. TUCKER, ESQ.
    Nevada Bar No. 12507
    300 South Fourth Street, 11th Floor
    Las Vegas, NV 89101
    Telephone (702) 727-1400
    Facsimile: (702)727-1401
    *Attorneys for Defendant*
    *THE TUNGLAND CORPORATION*

## **ORDER**

Pursuant to the Stipulation of the parties above and for good cause there appearing;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT the above-entitled action be dismissed with prejudice with each party to bear their own attorneys' fees and costs of litigation;

DATED this 7th day of March, 2019.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE